**Appeal Dismissed and Memorandum Opinion filed December 8, 2015.**



In The

## Fourteenth Court of Appeals

---

### NO. 14-15-00880-CV

---

### LATONYA SCALES AND VICTOR SCALES, INDIVIDUALLY AND AS NEXT FRIEND OF DEONCYEA CURRY, TIARA SCALES, KIMORA SCALES AND LAMONTE SCALES, Appellants

### V.

### JOSE LUIS SALAS, Appellee

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1021713**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 8, 2015. The notice of appeal was filed October 8, 2015. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207.

On October 28, 2015, this court ordered appellant to pay the appellate filing fee on or before November 9, 2015, or the appeal would be dismissed. Appellant has not paid the appellate filing fee.

Additionally, the clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record. On November 12, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record.

Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Justices Jamison, Donovan, and Brown.